IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-CR-310-CNS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DOMINICK SALAZAR,

       Defendant.
_____

## MOTION TO WITHDRAW AS COUNSEL
_____

       The Office of the Federal Public Defender, through counsel, hereby moves for an order withdrawing the Office of the Federal Public Defender and undersigned counsel from further representation of Mr. Salazar, and appointment of a member of the Criminal Justice Act Panel to represent Mr. Salazar. In support:

       1.    On December 18, 2023, defendant directed counsel to file a motion to withdraw and requested new counsel.

       2.    Pursuant to Rule 1.16, counsel believes she must move to withdraw from continued representation.

       3. Colorado Rule 1.6 prevents undersigned counsel from further disclosing reasons for moving to withdraw.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Daniel R. McIntyre, Assistant United States Attorney
    Daniel.McIntyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dominick Salazar (via U.S. Mail)

    s/Kilie Latendresse
    KILIE LATENDRESSE
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kilie.latendresse@fd.org
    Attorney for Defendant